# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139611

HEATHER SWANSON,
      Plaintiff-Appellant,

v

PORT HURON HOSPITAL, a/k/a PORT
HURON HOSPITAL MEDICAL GROUP,
      Defendant,

and

JEANNIE L. ROWE, D.O. and BLUEWATER
OBSTETRICS AND GYNECOLOGY, P.C.,
      Defendants-Appellees.
_____/

SC: 139611
COA: 275404
St. Clair CC: 04-002438-NH

On order of the Court, the application for leave to appeal the June 2, 2009 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals, and we REMAND this case to that court for reconsideration of the parties' appeals in light of this Court's decision in *Bush v Shabahang*, 484 Mich 156 (2009), and MCL 600.2301.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

_____
Clerk

d1214